# File Hashes for IP Address 108.18.138.78

**ISP:** Verizon Internet Services
**Physical Location:** Rockville, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/12/2013 19:58:08 | 984EB6DB0CEE90D435E86036ECBA42618A3FE7E8 | Tiffany Teenagers In Love |
| 12/29/2012 13:19:29 | 6D2A67C49AEF081F920C8C74CE908C3330B008C7 | Together Again |
| 12/06/2012 09:05:15 | 1402612A99DB45832B9603CDC7150812B8691E5D | Waterfall Emotions |
| 12/06/2012 08:29:59 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 11/01/2012 10:26:28 | 749873E5CA8B1E378418D556C3C8336C3ECE26A5 | Just Married |
| 10/09/2012 08:21:08 | 95F8C95B4C70A3D356D6BDA0E744330107E21E2B | Dangerous Game |
| 09/14/2012 02:48:26 | 2FBF5097078D1A09FA9646BD795D22DF39519021 | Little Lover |
| 09/05/2012 23:41:45 | E8A7F85FE9185F3B899B3FE68F4BD11AFFFDB005 | First Love |
| 08/21/2012 04:23:36 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |
| 08/21/2012 04:10:44 | 4979F25EBF33239DDE07331D38FA7CACD9BF2DEB | Being Me |
| 08/20/2012 11:30:05 | 6D77F409EBFE895CCF9CFA1C994765E74C1B02E3 | Threes Company |
| 08/05/2012 05:15:31 | 9FFD4C7BDDF6FB3037B50D2D1743E6680CD31E4C | Farewell |
| 07/28/2012 04:28:11 | BBC1392962F0E36C358C30B1C3DDE6240E17D5ED | Breakfast in Bed |
| 07/26/2012 06:05:37 | 1E1888B4C8CAAD426E92FC980B348E8C8A89520B | Wet Dream |
| 06/29/2012 05:35:42 | B6A70C4F2EFA9770713BCE0156EAF7041B9366EE | Anneli Leila Menage A Trois |
| 06/27/2012 05:04:31 | E57D7D73D26DCDC73F6092DFE4520A73132200C2 | Connie True Love |
| 06/01/2012 08:01:59 | 12BEB95FCDC0246CE2D3F430E7D8418C9F39DFAE | Evening at Home Part #2 |
| 05/25/2012 12:50:36 | EA1E6AE4D6A32559A46D2005846FD8C3120A6A21 | LA Love |
| 05/19/2012 14:39:27 | 38ECA21BB1C0B8026E8F4788858705B0DF5B4CEE | Romantic Memories |
| 05/16/2012 02:12:57 | 305261E178F1D06CC77BB429C957E8355939307D | Silver Bullets |
| 05/10/2012 11:19:38 | 98495A9DECE26EE9385E6C8AA311F536371ABE16 | Pretty Back Door Baby |
| 05/04/2012 20:56:43 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand |

**Total Statutory Claims Against Defendant: 22**

EXHIBIT A

MD58